AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****            DISTRICT OF   NEVADA

STEPHEN BARTLETT,

        Petitioner,                        JUDGMENT IN A CIVIL CASE

   V.

                              CASE NUMBER:   **3:11-CV-00349-ECR-VPC**

NEVIN, et al.,

        Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**  that the petition for a writ of habeas corpus [4] is DENIED IN ITS ENTIRETY.   FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

 January 18, 2012                             **LANCE S. WILSON**
                                        Clerk

                                  /s/  M. Campbell
                                 Deputy Clerk